FILED

I I NOV 15 AM 8: 23

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11cr2929-BDM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RICHARD SMITH ANDRIDGE [1], | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

18:2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/04/2011

BARRY TED MOSKOWITZ  11-13-20II
UNITED STATES DISTRICT JUDGE